# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMIAH RICE, # Y-19970, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-cv-1388-NJR |
| ) | |
| SERGEANT ROSENBERGER, ) | |
| and C/O McCARTY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF IMPENDING DISMISSAL

**ROSENSTENGEL, District Judge:**

This matter is before the Court for case management. Plaintiff Jeremiah Rice is incarcerated at Danville Correctional Center. He filed his original *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on April 25, 2018, when it was docketed as *Rice v. Poe, et al.*, Case No. 18-cv-1019-DRH ("original case"). On July 13, 2018, the Court conducted its initial review of the Complaint and concluded that Counts 6 and 7 against Defendants Rosenberger and McCarty were not properly joined with the other claims in the action. (Doc. 1). Accordingly, the claims in Counts 6 and 7 were severed into the instant case. *Id.*

Plaintiff's IFP motion in the original case was denied, because the average monthly balance in his prisoner trust fund account exceeded $400.00 during the six month period before he filed the action. (Doc. 10 in original case). Plaintiff then paid the $400.00 filing fee for the original case.

Plaintiff incurred the obligation to pay another $400.00 filing fee when this case was severed. The Clerk of Court notified Plaintiff via a letter dated July 13, 2018 (Doc. 4) that this case was opened, and that he must either pay the filing fee of $400.00 or submit a motion for

1

leave to proceed *in forma pauperis* ("IFP"). He was provided with a blank form motion for IFP as well as a trust fund certification form. He was directed to either pay or file the motion within 30 days. That deadline fell on August 13, 2018, but Plaintiff has failed to respond in any way. This action is thus subject to dismissal for failure to prosecute.

Out of an abundance of caution, the Court shall briefly extend Plaintiff's deadline for action in this matter; failure to respond to the new deadline will result in dismissal.

**IT IS THEREFORE ORDERED** that Plaintiff shall either pay the $400.00 filing fee for this action in full, or submit his motion for leave to proceed IFP (accompanied by his inmate trust fund account statement covering the period Jan. 1, 2018 – July 13, 2018), within 21 days of the date of entry of this order (on or before **September 11, 2018**). Failure to comply with this Order **will result in dismissal** of this action for want of prosecution under Federal Rule of Civil Procedure 41(b). If the case is dismissed for failure to prosecute, an order shall be entered directing the Trust Fund Officer at Danville Correctional Center to deduct payments from Plaintiff's trust account pursuant to 28 U.S.C. § 1915(b), until the $400.00 filing fee is paid in full.

Finally, Plaintiff is **REMINDED** that he is under a continuing obligation to keep the Clerk and each opposing party informed of any change in his location. Pursuant to Southern District of Illinois Local Rule 3.1(b), notification to the Court of any address change shall be made in writing no later than 7 days after a change in address occurs.

**IT IS SO ORDERED.**

**DATED: August 21, 2018**

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**